**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-02182

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: March 03, 2011

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Glen Allan Ernst and Alice Deleon Ernst<br>         Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>         Movant,<br>    vs.<br><br>Glen Allan Ernst and Alice Deleon Ernst, Debtors, Eric M. Haley, Trustee.<br><br>         Respondents. | No. 2:10-BK-40724-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #19) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 6, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Glen Allan Ernst and Alice Deleon Ernst have an interest in, further described as:

> PARCEL 1:
> UNIT 209, OF RIVERWALK CONDOMINIUM, A CONDOMINIUM AS CREATED BY THAT CERTAIN DECLARATION
> RECORDED AS 2006-0414206 OF OFFICIAL RECORDS AND SHOWN ON THE PLAT OF SAID CONDOMINIUM
> RECORDED AS BOOK 826 OF MAPS, PAGE 11, IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA
> COUNTY, ARIZONA AND AFFIDAVIT OF CORRECTION RECORDED AS 2006-1144552.
> PARCEL 2:
> AN EXCLUSIVE RIGHT TO USE COVERED PARKING SPACE 220, A LIMITED COMMON ELEMENT AS DESCRIBED
> IN THE ABOVE MENTIONED CONDOMINIUM DECLARATION.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.